**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 11-7058

———————

COREY LAMONDE JAMES,

Plaintiff – Appellant,

v.

FRED NASTRI, HO; JOSEPH F. NEDER, Ex-Warden NBCI; DAVID WILHELM, Sgt.; WARDEN BOBBY SHEARIN; JOHN ROWLEY, Ex-Warden; BRIAN MOORE, Ex-CO II NBCI; DAVE COWEN, Ex-Sgt. NBCI; J. E. COMBS, Ex-CO II NBCI; MAXINE BRYANT; AL DAVIS, HO,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of Maryland, at Greenbelt.   Alexander Williams, Jr., District Judge.  (8:10-cv-02272-AW)

———————

Submitted:  December 15, 2011      Decided:  December 20, 2011

———————

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Corey Lamonde James, Appellant Pro Se. Glen William Bell, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Corey Lamonde James appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. James v. Nastri, No. 8:10-cv-02272-AW (D. Md. filed July 13, 2011 & entered July 14, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED